PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Ave., Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYLON THIJAY RANDLE,<br><br>Defendant. | CASE NO. 1:21-CR-00246-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: August 24, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on August 24, 2022.

2. By this stipulation, the parties move to continue the status conference until October 12, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between August 24, 2022, and October 12, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Initial discovery was provided to defendant on or about October 18, 2021, consisting of 114 Bates-stamped items including reports of investigation, body worn camera recordings, photographs, certified conviction records and a summary of defendant's criminal history.

b) The government transmitted a plea offer to counsel for defendant on February 15, 2022.

c) Counsel for defendant desires additional time to review discovery, consult with her client, conduct investigation and research related to the charges, and to otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 24, 2022 to October 12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 16, 2022                                    PHILLIP A. TALBERT
                                                                              United States Attorney


                                                                              /s/ CHRISTOPHER D. BAKER
                                                                              CHRISTOPHER D. BAKER
                                                                              Assistant United States Attorney


Dated:  August 16, 2022                                    /s/ CHRISTINA CORCORAN
                                                                              CHRISTINA CORCORAN
                                                                              Counsel for Defendant
                                                                              RAYLON THIJAY RANDLE


## ORDER

IT IS SO ORDERED that the status conference is continued from August 24, 2022, to **October 12, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 17, 2022**                              /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE