```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  JESSICA MASSEY
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00246-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| RAYLON THIJAY RANDLE, | DATE: December 14, 2022 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on December 14, 2022.

2. By this stipulation, the parties move to continue the status conference until February 8, 2023, and to exclude time from calculation under the Speedy Trial Act between December 14, 2022, and February 8, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Initial discovery was provided to defendant on or about October 18, 2021, consisting of 114 Bates-stamped items including reports of investigation, body worn camera recordings, photographs, certified conviction records and a summary of defendant's criminal

history.

b) The government transmitted a plea offer to counsel for defendant on February 15, 2022.

c) Counsel for defendant desires additional time to review discovery, consult with her client, conduct investigation and research related to the charges.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2022 to February 8, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 9, 2022                         PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ JESSICA MASSEY
                                                 JESSICA MASSEY
                                                 Assistant United States Attorney


Dated:  December 9, 2022                         /s/ CHRISTINA CORCORAN
                                                 CHRISTINA CORCORAN
                                                 Counsel for Defendant
                                                 RAYLON THIJAY RANDLE


**ORDER**

IT IS SO ORDERED that the status conference is continued from December 14, 2022, to **February 8, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **December 9, 2022**                    /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE