PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYLON THIJAY RANDLE,<br><br>Defendant. | CASE NO. 1:21-CR-00246-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 8, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on February 8, 2023.

2. By this stipulation, the parties move to continue the status conference until April 26, 2023, and to exclude time from calculation under the Speedy Trial Act between February 8, 2023, and April 26, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Initial discovery was provided to defendant on or about October 18, 2021, consisting of 114 Bates-stamped items including reports of investigation, body worn camera recordings, photographs, certified conviction records and a summary of defendant's criminal history.

b)   The government transmitted a plea offer to counsel for defendant on February 15, 2022.

c)   Counsel for defendant desires additional time to review discovery, consult with her client, conduct investigation and research related to the charges.

d)   Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 8, 2023 to April 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 2, 2023         PHILLIP A. TALBERT
                                 United States Attorney

                                 /s/ KIMBERLY A. SANCHEZ
                                 KIMBERLY A. SANCHEZ
                                 Assistant United States Attorney


Dated:  February 2, 2023         /s/ CHRISTINA M. CORCORAN
                                 CHRISTINA M. CORCORAN
                                 Counsel for Defendant
                                 RAYLON THIJAY RANDLE

### ORDER

IT IS SO ORDERED that the status conference is continued from February 8, 2023, to **April 26, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **February 2, 2023**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE